**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 FEB 11 A 11:00

DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| DARLENE BUNNING | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:03 CV 722 (CFD) |
| CITIZENS NATIONAL BANK, | : | 3:03 CV 723 (CFD) |
| Defendant | : | |

## ORDER TO SHOW CAUSE

The plaintiff is ordered to show cause by **February 27, 2004** why the Court should not

dismiss these cases since no appeal brief has been filed in either case.

SO ORDERED this _10th_ day of February 2004, at Hartford, Connecticut.

_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**

1